**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FLORIDA COASTAL SCHOOL OF
LAW, INC.; et al.,

        Plaintiffs,

vs.                                        Case No. 3:18-cv-621-J-32JRK

AMERICAN BAR ASSOCIATION, et al.,

        Defendants.

**ORDER**

Upon review of the complaint, I hereby recuse myself because of my former affiliation with plaintiff Florida Coastal School of Law, Inc., as an adjunct instructor. The Clerk shall randomly reassign this case to another District Judge.

**DONE AND ORDERED** at Jacksonville, Florida this 10th day of May, 2018.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

counsel of record