# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

FLORIDA COASTAL SCHOOL
OF LAW, INC., et al.,

      Plaintiffs,

vs.                                          Case No. 3:18-cv-621-J-39JRK

AMERICAN BAR ASSOCIATION, et al.,

      Defendants.
_____/

## ORDER OF RECUSAL

Having reviewed the Complaint, I recuse myself from further proceedings in this action because of my former affiliations with Plaintiff Florida Coastal School of Law as both an adjunct instructor and a mock trial coach. The Clerk shall randomly reassign the case to another Magistrate Judge.

**DONE AND ORDERED** at Jacksonville, Florida on May 11, 2018.

                                                                _____
                                                                JAMES R. KLINDT
                                                           United States Magistrate Judge

kaw
Copies furnished to:
Counsel of Record