**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FLORIDA COASTAL SCHOOL OF
LAW, INC., *et al.*,

    *Plaintiffs*,

    v.                                                                             Case No.: 3:18-cv-00621-BJD-JBT

AMERICAN BAR ASSOCIATION, *et al.*,

    *Defendants*.
_____/

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to this Court's Local Rule 2.03, Viet D. Dinh hereby moves for leave to withdraw as counsel for Plaintiffs Florida Coastal School of Law, Inc., and InfiLaw Corporation in this action.

Mr. Dinh has resigned from Kirkland & Ellis LLP to take a position as an officer for a corporation. Plaintiffs will continue to be represented in this action by the law firms of Kirkland & Ellis LLP and Alexander DeGance Barnett P.A. and by the attorneys at those firms (other than Mr. Dinh) who have entered appearances as counsel for Plaintiffs. The affected clients and counsel for Defendants were notified of Mr. Dinh's withdrawal, and they have no objection to his withdrawal.

**LOCAL RULE 3.01(g) CERTIFICATION**

Counsel for Plaintiffs conferred with counsel for Defendants, who stated that they do not oppose this motion.

**CONCLUSION**

For the foregoing reasons, the motion for leave to withdraw should be granted.

Respectfully submitted,

/s/ H. Christopher Bartolomucci
Mark G. Alexander
Florida Bar No. 434078
ALEXANDER DEGANCE BARNETT P.A.
1500 Riverside Avenue
Jacksonville, Florida 32204
(904) 345-3277
mark.alexander@adblegal.com

Paul D. Clement*
Viet D. Dinh*
H. Christopher Bartolomucci*
KIRKLAND & ELLIS LLP
655 15th Street, NW
Washington, DC 20005
(202) 879-5000
paul.clement@kirkland.com
viet.dinh@kirkland.com
cbartolomucci@kirkland.com

*Admitted *pro hac vice*

*Counsel for Plaintiffs Florida Coastal School of Law, Inc. and InfiLaw Corporation*

Dated:  October 25, 2018

## **CERTIFICATE OF SEVICE**

I hereby certify that on October 25, 2018, the foregoing document was electronically filed with the Clerk of Court by using the CM/ECF system, which will send notice of this filing to all participants.

/s/ H. Christopher Bartolomucci
H. Christopher Bartolomucci