**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FLORIDA COASTAL SCHOOL OF LAW, INC.,
and INFILAW CORPORATION,

    *Plaintiffs*,

vs.                                    Case No. 3:18-cv-621-BJD-39JBT

AMERICAN BAR ASSOCIATION; COUNCIL
OF THE SECTION OF LEGAL EDUCATION
AND ADMISSIONS TO THE BAR, AMERICAN
BAR ASSOCIATION; and ACCREDITATION
COMMITTEE OF THE SECTION OF LEGAL
EDUCATION AND ADMISSIONS TO THE
BAR, AMERICAN BAR ASSOCIATION,

    *Defendants*.
_____/

## DECLARATION OF SCOTT DEVITO

1.    I am Scott DeVito, and I am the Dean of Florida Coastal School of Law ("Coastal" or "the law school") located in Jacksonville. I joined Coastal as a Professor of Law in 2008, and I have served as Dean since 2015. Florida Coastal School of Law, Inc., operates the law school. InfiLaw Corporation owns the law school.

2.    Coastal was founded in 1996, was provisionally accredited by the American Bar Association ("ABA") in 1999, and has been fully accredited by the ABA since 2002. Coastal is committed to the professional preparation of its students, service to underserved communities, and accountability of the faculty for student learning outcomes. Coastal provides opportunities for persons who, because of background, status, or historical disadvantage, may have limited access to legal education. Coastal has produced more than 5,000 graduates who have pursued successful legal careers in a wide variety of practice areas in 49 states and in countries around

the world.

3. Several years ago, Coastal saw its first-time bar pass results decline and attrition rates increase. But Coastal took action to reverse these trends, and has had success in doing so. In 2016, Coastal raised its admissions standards to increase the average LSAT scores and other incoming credentials of its students. Coastal also implemented numerous changes to its academic program, academic support, and bar preparation efforts. As a result of the concrete steps taken by Coastal, its first-time bar passage rates have increased in each of the last three administrations of the Florida bar.

4. The first-time pass rate of Coastal graduates who took the February 2018 Florida bar exam was 62.1%. Coastal's pass rate ranked fourth out of 11 law schools in Florida. Coastal's 62.1% pass rate was 4.2 percentage points above the Florida average pass rate of 57.9%. Coastal's 62.1% pass rate on the February 2018 bar was a significant improvement over Coastal's 25.0% first-time pass rate on the February 2017 Florida bar.

5. The first-time pass rate of Coastal graduates who took the July 2018 Florida bar exam was 62.5%. Coastal's pass rate ranked seventh out of 11 law schools in Florida. Coastal's 62.5% pass rate was only 4.7 percentage points below the Florida average pass rate of 67.2%. Coastal's 62.5% pass rate on the July 2018 bar was a sizable improvement over Coastal's 47.7% first-time pass rate on the July 2017 Florida bar.

6. Combining the February and July bar results, for calendar year 2018, Coastal's first-time pass rate was 62.4%, which was only 2.7 percentage points below the Florida average pass rate of 65.1%. Indeed, Coastal's pass rate compares favorably to the University of Florida, a tier one law school, which had a first-time Florida pass rate of 67.9% for calendar year 2018.

7. The students admitted to Coastal in 2016 and later years under the heightened

admission standards have not yet graduated or sat for the bar. Thus, the improved first-time bar pass results seen in 2018 should continue when those students take the bar in 2019 and later years.

8. As a result of the law school's heightened admissions standards, Coastal's 2017 entering class had LSAT quartiles of 145, 148, 151. Coastal's 2018 entering class had even higher LSAT quartiles of 147, 150, 152—with no applicant offered admission with an LSAT score below 145. Coastal's 150 median LSAT is at or above 49 other ABA accredited law schools, based on the 2017 ABA 509 reports.

9. Law students with better entering credentials are less likely to be academically dismissed. Therefore, Coastal's new admissions standards and higher LSAT scores will reduce the attrition rate. The Spring 2018 entering class consisted of 19 students, four of whom were academically dismissed at the end of the first semester, for an attrition rate of 21%. This attrition rate was affected by the class size. If three rather four students had been academically dismissed, the attrition rate would have been 16%, five percentage points lower. It should be noted that Coastal academically dismisses students who, at the end of any semester, have a cumulative GPA of 2.0 or less, a much more rigorous standard than at some other schools, such as Cooley and NCCU. Coastal's models predict that the attrition rate for the Fall 2018 entering class will be below 20%.

10. The U.S. Department of Education ("DOE") calculates defaults on federal student loans. The cohort default rates available from DOE for Coastal students are low:

| Year | % in Default |
|------|--------------|
| 2013 | 2.0% |
| 2014 | 1.7% |
| 2015 | 2.5% |

11. Coastal's ultimate bar passage rate fully complies with ABA Standard 316. The

3

ABA has never found Coastal out of compliance with this standard specifically governing bar passage. Coastal's ultimate bar pass rates are:

| Year | Ultimate Pass Rate |
|------|--------------------|
| 2013 | 89.5% |
| 2014 | 86.4% |
| 2015 | 80.7% |
| 2016 | 74.6% |
| 2017 | 65.8% |

12. Thus, the very large majority of those who graduated from Coastal from 2013 to 2017 have passed the bar examination. Furthermore, the figures for 2016 and 2017 will rise because not all individual 2018 bar pass information has been received and processed by Coastal and because some graduates are still sitting for the bar exam.

13. Attached hereto as Exhibit 1 is Florida Coastal School of Law's Request to the ABA Council to Find Florida Coastal Fully in Compliance With the Standards. The ABA denied the request.

14. Attached hereto as Exhibit 2 is a public posting by David Frakt, *The ABA and Standard 501—Still Inconsistently Applied*, https://www.thefacultylounge.org/2018/11/the-aba-and-standard-501-still-inconsistently-applied.html, posted on November 29, 2018.

15. Attached hereto as Exhibit 3 is a public posting by Daniel Zibel, Deputy Assistant General Counsel for Postsecondary Education, U.S. Department of Education, on his LinkedIn account, captured on or about October 2017.

16. Attached hereto as Exhibit 4 are emails obtained from the U.S. Department of Education pursuant to a FOIA request.

17. I hereby incorporate by reference my previous declaration dated June 15, 2018 (Doc. 19-1 at pp. 1-8) as if fully set forth herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 29, 2018

_____
Scott DeVito

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2018, the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send notice of the filing to all counsel of record

                                          /s/ H. Christopher Bartolomucci
                                        H. Christopher Bartolomucci