# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

FLORIDA COASTAL SCHOOL OF
LAW, INC., *et al.*,

    *Plaintiffs*,

    v.                                                Case No.: 3:18-cv-00621-BJD-JBT

AMERICAN BAR ASSOCIATION, *et al.*,

    *Defendants*.

_____/

## STIPULATION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, Florida Coastal School of Law, Inc.; and InfiLaw Corporation, and Defendants, American Bar Association; Council of the Section of Legal Education and Admissions to the Bar, American Bar Association; and Accreditation Committee of the Section of Legal Education and Admissions to the Bar, American Bar Association, stipulate to the dismissal of this action with prejudice, each party to bear its own costs and fees.

                                                      Respectfully submitted,

                                                      /s/ H. Christopher Bartolomucci
                                                      Paul D. Clement*
                                                      H. Christopher Bartolomucci*
                                                      KIRKLAND & ELLIS LLP
                                                      655 15th Street, NW
                                                      Washington, DC 20005
                                                      (202) 879-5000
                                                      paul.clement@kirkland.com
                                                      cbartolomucci@kirkland.com
                                                      *Admitted *pro hac vice*

Mark G. Alexander
Florida Bar No. 434078
ALEXANDER DEGANCE BARNETT P.A.
1500 Riverside Avenue
Jacksonville, Florida 32204
(904) 345-3277
mark.alexander@adblegal.com

*Counsel for Plaintiffs Florida Coastal School of Law, Inc. and InfiLaw Corporation*


Kevin E. Hyde
FL Bar No. #0768235
khyde@foley.com
Emily Friend O'Leary
FL Bar No. #73042
eoleary@foley.com
FOLEY & LARDNER LLP
One Independent Drive, Suite 1300
Jacksonville, FL 32202-5017
Telephone: 904.359.2000
Facsimile: 904-359-8700

James A. McKee
FL Bar No. 0638218
jmckee@foley.com
106 East College Avenue, Suite 900
Tallahassee, FL 32301
Telephone: 850-222-6100
Facsimile: 850-561-6475

/s/ Tacy F. Flint
Anne E. Rea (IL 6188384)*
area@sidley.com
Tacy F. Flint (IL 6284806)*
tflint@sidley.com
Joseph R. Dosch (IL 6303209)*
jdosch@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
*Admitted *pro hac vice*

*Attorneys for Defendants American Bar Association; Council of the Section Of Legal Education and Admissions to the Bar, American Bar Association; and Accreditation Committee of the Section of Legal Education and Admissions to the Bar, American Bar Association*

Dated:  February 26, 2019

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 26, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of this filing to all counsel of record.

/s/ H. Christopher Bartolomucci
H. Christopher Bartolomucci
